| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Marie-Ann Greenberg MAG-1284**<br>**Chapter 13 Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840** | <br>Order Filed on December 10, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>  MICHAEL D. ADAMS | Case No.:  20-21676SLM<br><br>Hearing Date:  12/9/2020<br><br>Judge:  STACEY L. MEISEL |

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: December 10, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.:  20-21676SLM

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 12/09/2020 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that Debtor must pay the Trustee $400.00 within 7 days or the case will be dismissed without further notice or hearings to Debtor and Debtor's attorney; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 1/13/2021 at 8:30 a.m.