RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re: MICHAEL D. ADAMS
    167 N. PROSPECT AVENUE
    BERGENFIELD, NJ  07621

Atty: RUSSELL L LOW ESQ
    LOW & LOW ESQS
    505 MAIN STREET, SUITE 304
    HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021**
Chapter 13 Case # 20-21676

## RECEIPTS AS OF 01/15/2021       (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/10/2020 | $400.00 | 7297071000 | | | |

**Total Receipts: $400.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $400.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021       (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 30.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALPHERA FINANCIAL SERV | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0002 | ALLY CAPITAL CORP. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | BANK OF AMERICA | UNSECURED | 7,895.26 | 0.00% | 0.00 | 0.00 |
| 0006 | CAINE & WEINER | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0007 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 23,197.72 | 0.00% | 0.00 | 0.00 |
| 0008 | CHASE CARD SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0009 | CITI/SEARS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | CITIBANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0011 | CITIZENS BANK NA | UNSECURED | 31,107.95 | 0.00% | 0.00 | 0.00 |
| 0012 | DEPTARTMENT STORE NATIONAL BANK/ | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0013 | DSNB BLOOMINGDALES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0014 | FIRST NATIONAL BANK OF OMAHA | UNSECURED | 6,983.53 | 0.00% | 0.00 | 0.00 |
| 0015 | FORD MOTOR CREDIT COMPANY LLC | UNSECURED | 3,935.28 | 0.00% | 0.00 | 0.00 |
| 0016 | INVESTORS DAWSON BEACH | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0018 | LOANME, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0021 | MIDFIRST BANK | MORTGAGE ARRE | 29,909.80 | 100.00% | 0.00 | 0.00 |
| 0023 | RAYMOUR & FLANIGAN | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0024 | SANTANDER CONSUMER USA | VEHICLE SECURE | 892.31 | 100.00% | 0.00 | 0.00 |
| 0026 | UNIFUND CCR ASSIGNEE OF CAPITAL ON | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0027 | WELLS FARGO BANK NA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0029 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |

**Chapter 13 Case # 20-21676**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0030 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |

**Total Paid: $30.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $400.00     -     Paid to Claims: $0.00     -     Admin Costs Paid: $30.00     =     Funds on Hand: $370.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.