UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:
    MICHAEL D. ADAMS

Order Filed on January 20, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.:  20-21676

Hearing Date:  01/13/2021

Judge:  STACEY L. MEISEL

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: January 20, 2021

Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s):  MICHAEL D. ADAMS

Case No.:  20-21676SLM

Caption of Order:  Order Denying Confirmation

THIS MATTER having been scheduled before the Court on 01/13/2021 for a Hearing on Confirmation, and

good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 1/13/2021 of the plan filed on 10/15/2020, is

denied; and it is further

ORDERED, that the Debtor must file a modified plan by 02/01/2021 or the case will be dismissed; and it is

further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order

Dismissing the Case without further hearings.