Page Three (3)
File No.: BW012955
MORGAN, BORNSTEIN & MORGAN
1236 Brace Road, Suite K
Cherry Hill, New Jersey  08034
Telephone: (856) 795-2200
Attorneys for INVESTORS DAWSON BEACH, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| In Re: | : | Case Number: 20-21676-SLM |
|---|---|---|
|  | : | Judge: SLM |
| MICHAEL D ADAMS | : | Chapter Number: 13 |
|  | : |  |
|  | : |  |
|  | : | **CERTIFICATION OF CONSENT** |
| Debtor | : | **REGARDING CONSENT ORDER ALLOWING** |
|  | : | **THE FILING OF A PROOF OF CLAIM** |
|  |  | **OUT OF TIME** |

    I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met.

    A.  The terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the Consent Order signed and returned by counsel for the Debtor;

    B.  The signatures on the copy of the Consent Order submitted to the Court are the actual signatures of the attorney for applicant and attorney for the Debtor;

    C.  I will retain the Consent Order for a period of seven (7) years from the date of the closing of the case or adversary proceeding.

    D.  I will make the Consent Order available for inspection upon request of the Court or any party in interest.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                /S/ Keith B. Morgan
                                                KEITH B. MORGAN, Esq.

DATED: February 22, 2021