01/27/2021 15:57    8567955731    MORGAN & MORGAN PC    02/03

File No.: BW012955
MORGAN, BORNSTEIN & MORGAN
1236 Brace Road, Suite K
Cherry Hill, New Jersey 08034
Telephone: (856) 795-2200
Attorneys for INVESTORS DAWSON BEACH, LLC

By_____
    KEITH B. MORGAN, ESQUIRE

Order Filed on February 25, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| In Re: | : | Case Number: 20-21676-SLM |
|---|---|---|
| MICHAEL D ADAMS | : | Judge: SLM |
| | : | Chapter Number: 13 |
| | : | |
| | : | CONSENT ORDER ALLOWING FOR THE |
| | : | FILING OF A PROOF OF CLAIM OUT |
| Debtor(s) | : | OF TIME |

The relief set forth on the following pages, numbered two (2) through (3) is hereby ORDERED.

DATED: February 25, 2021

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

01/27/2021 15:57    8567955731              MORGAN & MORGAN PC              PAGE 03/03

Page Two (2)
Debtor: MICHAEL D ADAMS
Case No. 20-21676-SLM
Caption of Order: Consent Order Allowing for the filing of a proof of claim out of time.

  THIS MATTER having been brought before the Court on an application for relief to file a proof of claim out of time, filed by Morgan, Bornstein and Morgan, attorneys for INVESTORS DAWSON BEACH, LLC, KEITH B MORGAN, Esquire appearing, with consent having been given by RUSSELL L. LOW, Esquire, on behalf of the Debtor, and for good cause shown:

  1. INVESTORS DAWSON BEACH, LLC shall be granted leave to file a proof of claim out of time, which claim shall be treated as timely filed.

  2. Said proof of claim shall be filed within twenty (20) days of the receipt of this Order.

CONSENTED TO AS TO FORM AND SUBSTANCE:

MORGAN, BORNSTEIN & MORGAN    LOW & LOW
Attorneys for          Attorneys for Debtor
INVESTORS DAWSON BEACH, LLC

_____  **/s/Russell L. Low/**
KEITH B. MORGAN, Esq.      RUSSELL L. LOW, Esquire

Dated: January 27, 2021

Page Three (3)
File No.: BW012955
MORGAN, BORNSTEIN & MORGAN
1236 Brace Road, Suite K
Cherry Hill, New Jersey  08034
Telephone: (856) 795-2200
Attorneys for INVESTORS DAWSON BEACH, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| In Re: | : | Case Number: 20-21676-SLM |
|---|---|---|
|  | : | Judge: SLM |
| MICHAEL D ADAMS | : | Chapter Number: 13 |
|  | : |  |
|  | : |  |
|  | : | **CERTIFICATION OF CONSENT** |
| Debtor | : | **REGARDING CONSENT ORDER ALLOWING** |
|  | : | **THE FILING OF A PROOF OF CLAIM** |
|  |   | **OUT OF TIME** |

I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met.

A. The terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the Consent Order signed and returned by counsel for the Debtor;

B. The signatures on the copy of the Consent Order submitted to the Court are the actual signatures of the attorney for applicant and attorney for the Debtor;

C. I will retain the Consent Order for a period of seven (7) years from the date of the closing of the case or adversary proceeding.

D. I will make the Consent Order available for inspection upon request of the Court or any party in interest.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/S/ Keith B. Morgan
KEITH B. MORGAN, Esq.

DATED: February 2, 2021