01/27/2021  15:57   8567955731                    MORGAN & MORGAN PC                    02/03

File No.: BW012955
MORGAN, BORNSTEIN & MORGAN
1236 Brace Road, Suite K
Cherry Hill, New Jersey  08034
Telephone: (856) 795-2200
Attorneys for INVESTORS DAWSON BEACH, LLC

By_____
  KEITH B. MORGAN, ESQUIRE

Order Filed on February 25, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| In Re: | : | Case Number: 20-21676-SLM |
|---|---|---|
|  | : | Judge: SLM |
| MICHAEL D ADAMS | : | Chapter Number: 13 |
|  | : |  |
|  | : | CONSENT ORDER ALLOWING FOR THE |
|  | : | FILING OF A PROOF OF CLAIM OUT |
| Debtor(s) | : | OF TIME |

The relief set forth on the following pages, numbered two (2) through (3) is hereby ORDERED.

DATED: February 25, 2021

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

01/27/2021 15:57   8567955731                MORGAN & MORGAN PC                PAGE 03/03

Page Two (2)
Debtor:   MICHAEL D ADAMS
Case No. 20-21676-SLM
Caption of Order: Consent Order Allowing for the filing of a proof of claim out of time.

    THIS MATTER having been brought before the Court on an application for relief to file a proof of claim out of time, filed by Morgan, Bornstein and Morgan, attorneys for INVESTORS DAWSON BEACH, LLC, KEITH B MORGAN, Esquire appearing, with consent having been given by RUSSELL L. LOW, Esquire, on behalf of the Debtor, and for good cause shown:

1. INVESTORS DAWSON BEACH, LLC shall be granted leave to file a proof of claim out of time, which claim shall be treated as timely filed.

2. Said proof of claim shall be filed within twenty (20) days of the receipt of this Order.

CONSENTED TO AS TO FORM AND SUBSTANCE:


MORGAN, BORNSTEIN & MORGAN           LOW & LOW
Attorneys for                        Attorneys for Debtor
INVESTORS DAWSON BEACH, LLC

_____           /s/Russell L. Low/
KEITH B. MORGAN, Esq.                RUSSELL L. LOW, Esquire

Dated: January 27, 2021

Page Three (3)
File No.: BW012955
MORGAN, BORNSTEIN & MORGAN
1236 Brace Road, Suite K
Cherry Hill, New Jersey  08034
Telephone: (856) 795-2200
Attorneys for INVESTORS DAWSON BEACH, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case Number: 20-21676-SLM |
| | Judge: SLM |
| MICHAEL D ADAMS | Chapter Number: 13 |
| | |
| | **CERTIFICATION OF CONSENT** |
| Debtor | **REGARDING CONSENT ORDER ALLOWING** |
| | **THE FILING OF A PROOF OF CLAIM** |
| | **OUT OF TIME** |

I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met.

A.  The terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the Consent Order signed and returned by counsel for the Debtor;

B.  The signatures on the copy of the Consent Order submitted to the Court are the actual signatures of the attorney for applicant and attorney for the Debtor;

C.  I will retain the Consent Order for a period of seven (7) years from the date of the closing of the case or adversary proceeding.

D.  I will make the Consent Order available for inspection upon request of the Court or any party in interest.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/S/ Keith B. Morgan
KEITH B. MORGAN, Esq.

DATED: February 2, 2021

United States Bankruptcy Court

District of New Jersey

In re:  
Michael D. Adams  
    Debtor

Case No. 20-21676-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1  
Date Rcvd: Feb 26, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**  
\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael D. Adams, 167 N. Prospect Avenue, Bergenfield, NJ 07621-1219 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Keith B. Morgan | on behalf of Creditor INVESTORS DAWSON BEACH LLC kmorgan@morganlaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Michael D. Adams ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5