UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

52797
Morton & Craig LLC
110 Marter Ave., Suite 301
Moorestown, NJ 08057
Attorney for Santander Consumer USA Inc.

In Re:

MICHAEL D. ADAMS

Order Filed on October 28, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case number: 20-21676

Adv. No.

Hearing Date: 9-8-2021

Judge: (SLM)

# ORDER FOR ARREARAGE CURE, REGULAR MONTHLY PAYMENTS, INSURANCE, COUNSEL FEES, AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on page number two (2) through three (3) is hereby **ORDERED**.

**DATED: October 28, 2021**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**

Debtors: Michael D. Adams / 52797

Case No: 20-21676

Caption of Order: Order for arrearage cure, regular monthly payments, insurance, counsel fees, and stay relief under certain circumstances

This matter having brought before this Court on a Motion for Stay Relief filed by John R. Morton, Jr., Esq., attorney for Santander Consumer USA Inc., with the appearance of Russell L. Low, Esq. on behalf of the debtor, and this Order having been filed with the Court and served upon the debtors and their attorney under the seven-day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. That Santander Consumer USA Inc. ("Santander") is the holder of a first purchase money security interest encumbering a 2020 Nissan Altima bearing vehicle identification number 1N4BL4BVXLC152893.

2. That the debtors' account has arrears through September 2021 in the amount of $8,583.96. The debtor is to cure this arrearage as following:

    a. The debtor is to cure the arrears by making his regular monthly payment of $715.33 plus an additional $1,430.66 each month (for a total monthly payment of $2,145.99), for the months of October 2021 through March 2022 (6 months). If the debtor fails to make any payment within thirty (30) days after a payment falls due, or any payment is returned for non-sufficient funds, Santander shall be entitled to stay relief upon filing a certification of non-payment with the Court and serving it on the debtor, his attorney, and the chapter 13 trustee.

**(Page 3)**
Debtors: Michael D. Adams / 52797
Case No: 20-21676
Caption of Order: Order for arrearage cure, regular monthly payments, insurance, counsel fees, and stay relief under certain circumstances

3. That beginning with his April 2021 payment, the debtor is to make each monthly payment directly to Santander under the terms of the retail installment contract. If the debtor fails to make any monthly payment to Santander within thirty (30) days after each payment falls due, Santander shall be entitled to stay relief upon filing a certification of default with the court and serving it on the debtor, his attorney, and the chapter 13 trustee.

4. That the debtor must maintain insurance on the vehicle. The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each. Santander Consumer USA Inc. must be listed as loss payee. If the debtor fails to maintain valid insurance on the vehicle, Santander shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the debtor, his attorney, and the chapter 13 trustee.

5. That the debtor is to pay Santander a counsel fee of $438.00 through his chapter 13 bankruptcy plan.