**RUSSELL LOW, ESQ. RLL-4745**
**LOW & LOW, LLC.**
**Attorneys at Law**
**505 Main Street**
**Hackensack, NJ 07601**
**(201) 343-4040**
**Attorney for Debtor**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Michael D. Adams | : | CASE NO. 20-21676 |
| Debtor | : | HONORABLE STACEY L. MEISEL |

**ATTORNEY'S RESPONSE TO NOTICE OF MOTION TO DISMISS PETITION**

I, Russell L. Low, Esq. hereby certify the following:

1. I, Russell L. Low, Esq. represent the debtor Michael D. Adams in this bankruptcy proceeding.

2. The debtor received a Motion to Dismiss Petition on October 25, 2021.

3. Communication was made with the debtor five days later and the debtor advised that he was going to get back to us with an update, however did not get back to us on time.

4. My legal staff reached out to the debtor in hopes of obtaining an update and were unsuccessful.

5. Furthermore, I am requesting more time to reach the debtor.

I hereby certify that the foregoing statements made by me are true and correct to the best of my knowledge.

Date:   December 1, 2021                                           /s/ Russell L. Low
                                                                                       **Russell L. Low, Esq.**
                                                                                       Attorney for Debtor