UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

MICHAEL D. ADAMS

Case No.: 20-21676

Adv. No.:

Hearing Date:

Judge:  SLM

### CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 02/16/2022, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
MICHAEL D. ADAMS
167 N. PROSPECT AVENUE
BERGENFIELD, NJ  07621
Mode of Service:  Regular Mail

Attorney for Debtor(s):
RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  February 16, 2022

By:  /S/  Jessica Antoine
Jessica Antoine