Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−21676−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Michael D. Adams
167 N. Prospect Avenue
Bergenfield, NJ 07621

Social Security No.:
xxx−xx−8068

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 5/11/22 at 10:00 AM

to consider and act upon the following:

*69* − Creditor's Certification of Default (related document:56 Motion for Relief from Stay re: re: 167 N. Prospect Avenue, Bergenfield, NJ 07621. Fee Amount $ 188. filed by Creditor MIDFIRST BANK, Motion for Relief from Co−Debtor Stay of Keva L. Adams, 59 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 04/19/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise) Modified on 4/7/2022 (smz). Modified on 4/8/2022 (dmc).

*72* − Certification in Opposition to (related document:69 Creditor's Certification of Default (related document:56 Motion for Relief from Stay re: re: 167 N. Prospect Avenue, Bergenfield, NJ 07621. Fee Amount $ 188. filed by Creditor MIDFIRST BANK, Motion for Relief from Co−Debtor Stay of Keva L. Adams, 59 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 04/19/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise) Modified on 4/7/2022 (smz). Modified on 4/8/2022 (dmc). filed by Creditor MIDFIRST BANK) filed by Russell L. Low on behalf of Michael D. Adams. (Low, Russell)

Dated: 4/19/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court