| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br>    MICHAEL D. ADAMS |

Order Filed on June 9, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.:  20-21676

Hearing Date:  06/08/2022

Judge:  STACEY L. MEISEL

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: June 9, 2022

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): MICHAEL D. ADAMS

Case No.: 20-21676SLM

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 06/08/2022 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 6/8/2022 of the plan filed on 04/20/2022, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 06/22/2022 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.