Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  20−21676−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael D. Adams
   167 N. Prospect Avenue
   Bergenfield, NJ 07621

Social Security No.:
   xxx−xx−8068

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 28, 2022.

Dated: July 28, 2022
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 20-21676-SLM
Michael D. Adams                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin            Page 1 of 3
Date Rcvd: Jul 28, 2022            Form ID: plncf13            Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael D. Adams, 167 N. Prospect Avenue, Bergenfield, NJ 07621-1219 |
| cr | + | Santander Consumer USA Inc., Attn: Stewart Zlimen & Jungers LTD, 2277 Highway 36 West, Suite 100, Roseville, MN 55113-3896 |
| 518989615 | + | Ally Capital Corp., 500 Woodward Ave., Detroit, MI 48226-3416 |
| 518989617 | + | Apothaker Scian, PC, 520 Fellowship Rd Ste C306 PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 518989636 | + | Investors Dawson Beach, 13872 Dawson Beach Road, Woodbridge, VA 22191-1442 |
| 518989614 | + | Keva L. Adams, 167 N. Prospect Ave., Bergenfield, NJ 07621-1219 |
| 518989637 | + | Leopold & Assoc., 80 Business Park Dr. Ste 110, Armonk, NY 10504-1704 |
| 518989645 | + | Unifund CCR Assignee of Capital One, ATTN: Mullooly Jeffrey Rooney & Flynn LL, PO box 9036, Syosset, NY 11791-9036 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 28 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 28 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518989616 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Jul 28 2022 20:48:42 | ALPHERA FINANCIAL SERV, ATTN: BANKRUPTCY, PO BOX 3608, DUBLIN, OH 43016-0306 |
| 518989619 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 28 2022 20:39:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 518989618 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 28 2022 20:39:00 | BANK OF AMERICA, 4909 SAVARESE CIRCLE, FL1-908-01-50, TAMPA, FL 33634-2413 |
| 518999159 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 28 2022 20:40:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518989620 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Jul 28 2022 20:40:00 | CAINE & WEINER, ATTN: BANKRUPTCY, 5805 SEPULVEDA BLVD, SHERMAN OAKS, CA 91411-2546 |
| 518989621 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 28 2022 20:48:48 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518989627 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2022 20:48:44 | CITI/SEARS, CITIBANK/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 518989628 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2022 20:48:45 | CITIBANK, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |

Case 20-21676-SLM    Doc 95    Filed 07/30/22    Entered 07/31/22 00:15:10    Desc Imaged
                        Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 28, 2022 | Form ID: plncf13 | Total Noticed: 38 |

| | | | | |
|---|---|---|---|---|
| 518989629 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 28 2022 20:39:00 | CITIZENS BANK, ATTENTION: ROP-15B, 1 CITIZENS DRIVE, RIVERSIDE, RI 02940 |
| 518993363 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 28 2022 20:39:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 519002238 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 28 2022 20:48:59 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518989630 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2022 20:48:45 | DEPTARTMENT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 518989631 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2022 20:49:01 | DSNB BLOOMINGDALES, ATTN: RECOVERY 'BK', PO BOX 9111, MASON, OH 45040 |
| 518989634 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 28 2022 20:40:00 | FIRST NATIONAL BANK OF OMAHA, ATTN: BANKRUPTCY, PO BOX 3128, OMAHA, NE 68103 |
| 518989635 | | Email/Text: EBNBKNOT@ford.com | Jul 28 2022 20:40:00 | FORD MOTOR CREDIT, NATIONAL BANKRUPTCY SERVICE CENTER, PO BOX 62180, COLORADO SPRINGS, CO 80962 |
| 518994840 | | Email/Text: EBNBKNOT@ford.com | Jul 28 2022 20:40:00 | Ford Motor Credit Company, LLC, Dept 55953, P.O. Box 55000, Detroit MI, 48255-0953 |
| 519037606 | ^ | MEBN | Jul 28 2022 20:36:58 | First National Bank of Omaha, c/o BQ & Associates, PC, LLO, 14211 Arbor Street, Suite 100, Omaha, NE 68144-2312 |
| 519137385 | + | Email/Text: kmorgan@morganlaw.com | Jul 28 2022 20:40:00 | Investors Dawson Beach, LLC, c/o Morgan, Bornstein and Morgan, 1236 Brace Rd., Ste. K, Cherry Hill, NJ 08034-3229 |
| 518989624 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 28 2022 20:48:39 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 518989638 | | Email/Text: bankruptcy@loanme.com | Jul 28 2022 20:39:00 | LOANME, INC., ATTN: BANKRUPTCY, 1900 S STATE COLLEGE BLVD, ANAHEIM, CA 92806 |
| 518989639 | + | Email/Text: BKNotice@ldvlaw.com | Jul 28 2022 20:40:00 | Lyons, Doughty & Veldhuis, P.C., 136 Gaither Drive, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 518989641 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 28 2022 20:48:57 | MIDLAND MORTGAGE CO, ATTN: CUSTOMER SERVICE/BANKRUPTCY, PO BOX 26648, OKLAHOMA CITY, OK 73126-0648 |
| 519037766 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 28 2022 20:48:48 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518989642 | + | Email/Text: kmorgan@morganlaw.com | Jul 28 2022 20:40:00 | Morgan Bornstein & Morgan, 1236 Brace Rd, Suite K, Cherry Hill, NJ 08034-3229 |
| 518989643 | ^ | MEBN | Jul 28 2022 20:36:53 | RAYMOUR & FLANIGAN, ATTN: BANKRUPTCY, PO BOX 130, LIVERPOOL, NY 13088-0130 |
| 518989644 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 28 2022 20:40:00 | SANTANDER CONSUMER USA, ATTN: BANKRUPTCY, 10-64-38-FD7 601 PENN ST, READING, PA 19601-3544 |
| 518994453 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 28 2022 20:40:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 518989646 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 28 2022 20:48:54 | WELLS FARGO BANK NA, ATTN: BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A, DES MOINES, IA 50328-0001 |

TOTAL: 30

Case 20-21676-SLM    Doc 95    Filed 07/30/22    Entered 07/31/22 00:15:10    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 28, 2022 | Form ID: plncf13 | Total Noticed: 38 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518989622 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518989623 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518989632 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, DSNB BLOOMINGDALES, ATTN: RECOVERY 'BK', PO BOX 9111, MASON, OH 45040 |
| 518989633 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, DSNB BLOOMINGDALES, ATTN: RECOVERY 'BK', PO BOX 9111, MASON, OH 45040 |
| 518989625 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 518989626 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 518989640 | *+ | Lyons, Doughty & Veldhuis, P.C., 136 Gaither Drive, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2022                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Keith B. Morgan | on behalf of Creditor INVESTORS DAWSON BEACH  LLC kmorgan@morganlaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com |
| Russell L. Low | on behalf of Debtor Michael D. Adams ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7