# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
MidFirst Bank

CASE NO. 20-21676 SLM
CHAPTER 13
Judge: Stacey L. Meisel

In re:

Michael D. Adams

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 06/26/2017

I, __Anna Becerril__, employed as __Vice President__, by MidFirst Bank, hereby certifies the following information:
Recorded on July 19, 2017 in Bergen County, in Book 02670, Page 0679.
Property Address: 167 North Prospect Avenue, Bergenfield NJ 07621.

Mortgage Holder: MidFirst Bank

Mortgagor(s)/ Debtor(s): Michael D. Adams

POST-PETITION PAYMENTS (Petition filed on October 15, 2020)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order Entered 06/15/2022. | | | | | $224.58 |
| | | AO Suspense Credit | From Suspense | 06/15/2022 | $0.00 |
| | | To Suspense | $429.11 | 06/15/2022 | $429.11 |
| | | To Suspense | $1,800.00 | 06/16/2022 | $2,229.11 |
| | | To Suspense | $10,500.00 | 07/01/2022 | $12,729.11 |
| | | To Suspense | $6,000.00 | 07/25/2022 | $18,729.11 |
| $25,218.76 | 06/30/2022 | AO Payment | | | $18,729.11 |
| $3,775.42 | 06/01/2022 | 06/2022 | From Suspense | 09/16/2022 | $14,953.69 |
| $3,775.42 | 07/01/2022 | | $0.00 | | $14,953.69 |
| $3,775.42 | 08/01/2022 | | $0.00 | | $14,953.69 |
| $3,775.42 | 09/01/2022 | | $0.00 | | $14,953.69 |
| Total Due: $40,320.44 | | Total Received: $18,729.11 | | Arrears: $21,591.33 | |

Continue on attached sheets if necessary.

Monthly payments past due: 3 mos. X $3,775.42
Agreed Order payments past due: $25,218.76
Arrears: $21,591.33

Each current monthly payment is comprised of:

Principal and Interest: $1,818.90
R.E. Taxes: $_____
Insurance: $_____
Other: $1,956.52 (Specify: Escrow
TOTAL $3,775.42

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)
Notices of Mortgage Payment Change:
Effective 5/1/2021: $3,743.84
Effective 2/1/2022: $3,775.42

PRE-PETITION ARREARS: $645.98

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 09/20/2022

Signature Anna Becerril
Vice President