Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−21676−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Michael D. Adams
 167 N. Prospect Avenue
 Bergenfield, NJ 07621

Social Security No.:
 xxx−xx−8068

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 11/9/22 at 10:00 AM

to consider and act upon the following:

*100* − Response to (related document:96 Creditor's Certification of Default (related document:56 Motion for Relief from Stay re: re: 167 N. Prospect Avenue, Bergenfield, NJ 07621. Fee Amount $ 188. filed by Creditor MIDFIRST BANK, Motion for Relief from Co−Debtor Stay of Keva L. Adams, 59 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay, 69 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 87 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 10/5/2022. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Russell L. Low on behalf of Michael D. Adams. (Low, Russell)

Dated: 10/6/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court