UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Michael D. Adams,

Debtor.

Case No.:     20-21676-SLM

Chapter:     13

Hearing Date:     11/09/2022

Judge:     Meisel

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled          ☐  Withdrawn

Matter:  Secured Creditor's Certification of Default (Docket # 96)

_____

Date:  11/5/2022          /s/ Denise Carlon
                                    Signature

*rev.8/1/15*