RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:  MICHAEL D. ADAMS
167 N. PROSPECT AVENUE
BERGENFIELD,  NJ  07621

Atty:  RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 20-21676

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $14,200.02**

## RECEIPTS AS OF 01/13/2023    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/10/2020 | $400.00 | 7297071000 | 02/10/2021 | $200.00 | 7444526000 |
| 04/01/2021 | $200.00 | 7567622000 | 05/03/2021 | $200.00 | 7636316000 |
| 06/03/2021 | $600.00 | 7718418000 | 07/19/2021 | $200.00 | 7821067000 |
| 08/31/2021 | $200.00 | 7912328000 | 10/25/2021 | $400.00 | 8034219000 |
| 12/07/2021 | $200.00 | 8131506000 | 01/25/2022 | $200.00 | 8230049000 |
| 03/11/2022 | $600.00 | 8334196000 | 03/17/2022 | ($600.00) | 8334196000 |
| 03/28/2022 | $600.00 | 8364888000 | 06/20/2022 | $600.00 | 8540062000 |
| 08/10/2022 | $400.00 | 8640743000 | 10/03/2022 | $400.00 | 8744244000 |
| 11/15/2022 | $259.46 | 8827681000 | | | |

**Total Receipts: $5,059.46  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $5,059.46**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 264.27 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 6,750.00 | 100.00% | 4,795.19 | 1,954.81 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALPHERA FINANCIAL SERV | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | ALLY CAPITAL CORP. | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | BANK OF AMERICA | UNSECURED | 7,895.26 | * | 0.00 | |
| 0006 | CAINE & WEINER | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 23,197.72 | * | 0.00 | |
| 0008 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | CITI/SEARS | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 20-21676**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0010 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | CITIZENS BANK NA | UNSECURED | 31,107.95 | * | 0.00 | |
| 0012 | DEPTARTMENT STORE NATIONAL BANK/ | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | DSNB BLOOMINGDALES | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | FIRST NATIONAL BANK OF OMAHA | UNSECURED | 6,983.53 | * | 0.00 | |
| 0015 | FORD MOTOR CREDIT COMPANY LLC | UNSECURED | 3,935.28 | * | 0.00 | |
| 0016 | INVESTORS DAWSON BEACH, LLC | UNSECURED | 9,599.51 | * | 0.00 | |
| 0018 | LOANME, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | MIDFIRST BANK | MORTGAGE ARRE | 645.98 | 100.00% | 0.00 | |
| 0023 | RAYMOUR & FLANIGAN | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | SANTANDER CONSUMER USA | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | UNIFUND CCR ASSIGNEE OF CAPITAL ON | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | WELLS FARGO BANK NA | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | SANTANDER CONSUMER USA | (NEW) Auto Agreed | 438.00 | 100.00% | 0.00 | |
| 0032 | MIDFIRST BANK | (NEW) MTG Agree | 30,230.17 | 100.00% | 0.00 | |

**Total Paid: $5,059.46**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $5,059.46    -    Paid to Claims: $0.00    -    Admin Costs Paid: $5,059.46    =    Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.