Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  20−21676−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael D. Adams
   167 N. Prospect Avenue
   Bergenfield, NJ 07621

Social Security No.:
   xxx−xx−8068

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 28, 2022.

On 3/1/2023 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                April 12, 2023
Time:                08:30 AM
Location:            Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: March 2, 2023
JAN: smz

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Michael D. Adams  
    Debtor

Case No. 20-21676-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Mar 02, 2023      Form ID: 185      Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael D. Adams, 167 N. Prospect Avenue, Bergenfield, NJ 07621-1219 |
| cr | + | Santander Consumer USA Inc., Attn: Stewart Zlimen & Jungers LTD, 2277 Highway 36 West, Suite 100, Roseville, MN 55113-3896 |
| 518989615 | + | Ally Capital Corp., 500 Woodward Ave., Detroit, MI 48226-3416 |
| 518989617 | + | Apothaker Scian, PC, 520 Fellowship Rd Ste C306 PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 518989636 | + | Investors Dawson Beach, 13872 Dawson Beach Road, Woodbridge, VA 22191-1442 |
| 518989614 | + | Keva L. Adams, 167 N. Prospect Ave., Bergenfield, NJ 07621-1219 |
| 518989638 | + | LOANME, INC., ATTN: BANKRUPTCY, 1900 S STATE COLLEGE BLVD, ANAHEIM, CA 92806-6152 |
| 518989637 | + | Leopold & Assoc., 80 Business Park Dr. Ste 110, Armonk, NY 10504-1704 |
| 518989645 | + | Unifund CCR Assignee of Capital One, ATTN: Mullooly Jeffrey Rooney & Flynn LL, PO box 9036, Syosset, NY 11791-9036 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 02 2023 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 02 2023 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518989616 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Mar 02 2023 20:50:28 | ALPHERA FINANCIAL SERV, ATTN: BANKRUPTCY, PO BOX 3608, DUBLIN, OH 43016-0306 |
| 518989619 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 02 2023 20:51:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 518989618 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 02 2023 20:51:00 | BANK OF AMERICA, 4909 SAVARESE CIRCLE, FL1-908-01-50, TAMPA, FL 33634-2413 |
| 518999159 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 02 2023 20:52:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518989620 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Mar 02 2023 20:52:00 | CAINE & WEINER, ATTN: BANKRUPTCY, 5805 SEPULVEDA BLVD, SHERMAN OAKS, CA 91411-2546 |
| 518989621 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 02 2023 20:50:41 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518989627 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2023 20:50:31 | CITI/SEARS, CITIBANK/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 518989628 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2023 21:01:57 | CITIBANK, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX |

| Recipient ID | Flag | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 790034, ST LOUIS, MO 63179-0034 |
| 518989629 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 02 2023 20:51:00 | CITIZENS BANK, ATTENTION: ROP-15B, 1 CITIZENS DRIVE, RIVERSIDE, RI 02940 |
| 518993363 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 02 2023 20:51:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 519002238 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 02 2023 20:50:46 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518989630 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2023 20:50:49 | DEPTARTMENT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 518989631 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2023 20:50:50 | DSNB BLOOMINGDALES, ATTN: RECOVERY 'BK', PO BOX 9111, MASON, OH 45040 |
| 518989634 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 02 2023 20:52:00 | FIRST NATIONAL BANK OF OMAHA, ATTN: BANKRUPTCY, PO BOX 3128, OMAHA, NE 68103 |
| 518989635 | | Email/Text: EBNBKNOT@ford.com | Mar 02 2023 20:53:00 | FORD MOTOR CREDIT, NATIONAL BANKRUPTCY SERVICE CENTER, PO BOX 62180, COLORADO SPRINGS, CO 80962 |
| 518994840 | | Email/Text: EBNBKNOT@ford.com | Mar 02 2023 20:53:00 | Ford Motor Credit Company, LLC, Dept 55953, P.O. Box 55000, Detroit MI, 48255-0953 |
| 519037606 | ^ | MEBN | Mar 02 2023 20:47:13 | First National Bank of Omaha, c/o BQ & Associates, PC, LLO, 14211 Arbor Street, Suite 100, Omaha, NE 68144-2312 |
| 519137385 | + | Email/Text: kmorgan@morganlaw.com | Mar 02 2023 20:53:00 | Investors Dawson Beach, LLC, c/o Morgan, Bornstein and Morgan, 1236 Brace Rd., Ste. K, Cherry Hill, NJ 08034-3229 |
| 518989624 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 02 2023 20:49:16 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 518989639 | + | Email/Text: BKNotice@ldvlaw.com | Mar 02 2023 20:52:00 | Lyons, Doughty & Veldhuis, P.C., 136 Gaither Drive, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 518989641 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 02 2023 20:49:18 | MIDLAND MORTGAGE CO, ATTN: CUSTOMER SERVICE/BANKRUPTCY, PO BOX 26648, OKLAHOMA CITY, OK 73126-0648 |
| 519037766 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 02 2023 20:49:18 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518989642 | + | Email/Text: kmorgan@morganlaw.com | Mar 02 2023 20:53:00 | Morgan Bornstein & Morgan, 1236 Brace Rd, Suite K, Cherry Hill, NJ 08034-3229 |
| 518989643 | ^ | MEBN | Mar 02 2023 20:44:57 | RAYMOUR & FLANIGAN, ATTN: BANKRUPTCY, PO BOX 130, LIVERPOOL, NY 13088-0130 |
| 518989644 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 02 2023 20:53:00 | SANTANDER CONSUMER USA, ATTN: BANKRUPTCY, 10-64-38-FD7 601 PENN ST, READING, PA 19601-3544 |
| 518994453 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 02 2023 20:53:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 518989646 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 02 2023 20:50:26 | WELLS FARGO BANK NA, ATTN: BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A, DES MOINES, IA 50328-0001 |

TOTAL: 29

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 02, 2023 | Form ID: 185 | Total Noticed: 38 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518989622 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518989623 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518989632 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, DSNB BLOOMINGDALES, ATTN: RECOVERY 'BK', PO BOX 9111, MASON, OH 45040 |
| 518989633 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, DSNB BLOOMINGDALES, ATTN: RECOVERY 'BK', PO BOX 9111, MASON, OH 45040 |
| 518989625 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 518989626 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 518989640 | *+ | Lyons, Doughty & Veldhuis, P.C., 136 Gaither Drive, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2023         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Keith B. Morgan | on behalf of Creditor INVESTORS DAWSON BEACH  LLC kmorgan@morganlaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Michael D. Adams ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6