**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**

**Order Filed on April 13, 2023**
**by Clerk,**
**U.S. Bankruptcy Court**
**District of New Jersey**

IN RE:

 MICHAEL D. ADAMS

**Case No.:  20-21676SLM**

**Hearing Date:  4/12/2023**

**Judge:  STACEY L. MEISEL**

### INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: April 13, 2023**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):   MICHAEL D. ADAMS

Case No.:  20-21676SLM

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 04/12/2023 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must pay $500.00 by 4/14/2023 or the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor(s) or Debtor's attorney; and it is further

- ORDERED, that the Debtor must be current through April 2023 by 4/26/2023 or the case will be dismissed at the Confirmation Hearing; and it is further

- ORDERED, that the Debtor must provide the Trustee with updated income verification prior to 4/26/2023 or the case will be dismissed at the Confirmation Hearing; and it is further

- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 4/26/2023 at 8:30 am.